# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 14-cr-20251-01

v.                      Sean F. Cox
                      United States District Judge

Cheryl Ann Farnsworth,

                      Mag. Judge R. Steven Whalen

        Defendant.

_____/

## <u>ORDER</u>

On March 9, 2018 the Court held a hearing on defendant's initial appearance on a Supervised Release Violation. The defendant is requesting bond in order to attend her son's funeral. For the reasons stated on the record,

IT IS ORDERED the defendant shall be released on a $10,000.00 unsecured bond with conditions and in the third party custody of her mother, Paulette Cash, for the sole purpose of attending the family hour for her son, Aaron Carrico on Monday, March 12, 2018 from 12:00 pm to 1:00 pm, at Girrbach Funeral Home, located at 10783 Jefferson Avenue, River Rouge, MI 48218.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the U.S. Marshal at 11:30 am to the defendant's third-party custodian Paulette Cash. The defendant shall be returned to the custody of the U.S. Marshal by third-party custodian Paulette Cash no later than 2:00 pm.

IT IS SO ORDERED.


Dated: March 12, 2018                       s/R. Steven Whalen
                                            R. Steven Whalen
                                            United States Magistrate Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 12, 2018.

s/Carolyn Ciesla
CAROLYN M. CIESLA
Case Manager